UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  )   Case No. 13-42044-HJB
William Robert Clark  )   Chapter 13
  )
  )
Debtor(s)  )
  )

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The debtor(s) hereby modify the Chapter 13 plan previously filed in this case as follows:

_____ Unsecured dividend changed from _____ % to _____ %.

__X__ Plan payments are changed from $960.00 to $989.00 each month.

_____ The term of the plan is reduced to _____ months.

_____ The treatment of claims shall be changed as follows:

Carrington Mtg. will be paid its pre-petition arrears in the amount of $25,640.48 per its Proof of Claim.

The MDOR will be paid its priority claim in the amount of $4389.24 per its Proof of Claim.

Notice to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

DATED: 10-4-13

DEBTOR William Robert Clark

ATTORNEY FOR DEBTOR(S) Robert Kovacs, Esq.

ATTORNEY FOR CHAPTER 13 TRUSTEE

DEBTOR

ATTORNEY FOR CREDITOR