UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re )
)
William Robert Clark )   Chapter 13
)   Case No. 13-42044-HJB
Debtor(s) )

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The debtor(s) hereby modify the Chapter 13 plan previously filed in this case as follows:

_____ Unsecured dividend changed from _____% to _____%.

__X__ Plan payments are changed from $960.00 to $994.00 each month.

_____ The term of the plan is reduced to _____ months.

_____ The treatment of claims shall be changed as follows:

-Carrington Mortgage will be paid its pre-petition arrears in the amount of $25,640.48 per its Proof of Claim filed.

- Santander will be paid in full over the life of the Plan. The creditor is to be paid $6,038.19 in principal plus interest at a rate of 1% annually or $301.90 over the life of this Plan for a total of $6,340.09.

- The Massachusetts Department of Revenue will be paid its priority claim in the amount of $4,389.24 per its Proof of Claim filed.

Notice to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

DATED: 1/10/14

ATTORNEY FOR DEBTOR(S)
Robert W. Kovacs, Jr., Esq.

ATTORNEY FOR CHAPTER 13 TRUSTEE

DEBTOR - William Robert Clark

DEBTOR -

ATTORNEY FOR CREDITOR